IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DONTAY PROPHET,

      Appellant,

v.

      Case No.  5D22-2897
      LT Case No. 2019-CF-1846-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 30, 2023

Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Matthew J. Metz, Public Defender,
and Betty Wyatt, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, BOATWRIGHT and PRATT, JJ., concur.